***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Submitted September 26, affirmed October 19, 2022

In the Matter of T. J. W.,
a Youth.

STATE OF OREGON,
*Respondent,*

*v.*

T. J. W.,
*Appellant.*

Clackamas County Circuit Court
150601J; A176258

Colleen F. Gilmartin, Judge pro tempore.

Erica Hayne Friedman and Youth, Rights & Justice filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jon Zunkel-deCoursey, Assistant Attorney General, filed the brief for respondent.

Before James, Presiding Judge, and Aoyagi, Judge, and Joyce, Judge.

PER CURIAM

Affirmed. *State v. A. R. H.*, 314 Or App 672, 499 P3d 851 (2021), *rev allowed*, 369 Or 504 (2022).